**EASTERN DISTRICT OF TENNESSEE**

IN RE: UNCLAIMED FUNDS                )          CHAPTER 13
        06/22/10

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS TO THE CLERK OF COURT**

The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| John Ruben Samuel Jones | | | | |
| 1442154 | 009 | 04-12305 | Quick Cash<br>10 S Jefferson Street<br>Winchester, TN  37398-1583 | $  280.00 |
| Robert Edward Black | | | | |
| 1442154 | 001 | 04-15429 | Wells Fargo Servicing Solutions LLC<br>Servicing Agent for GT2001-1<br>3210 Lake Emma Rd, Ste 2000<br>Lake Mary, FL  32746 | 906.53 |
| Melissa D. Townsend | | | | |
| 1442154 | 999 | 05-10083 | Melissa D. Townsend<br>120 Fern Drive SE<br>Cleveland, TN  37323-7775 | 37.02 |
| Cheryl Leigh Johnson | | | | |
| 1442154 | 12/10 | 05-10202 | Robert T. Helms<br>910 Anthony Street<br>LaFayette, GA  30728 | 2,000.00 |
| Sharon Annette Cordell | | | | |
| 1442154 | 12/13 | 05-11723 | Dr. John E. Carter<br>%Mountain Management Svcs<br>6028 Shallowford Rd, Ste E<br>Chattanooga, TN  37421 | 14.62 |
| Michael Eugene Bailey | | | | |
| 1442154 | 02 | 05-16287 | Thomas E. Moses, MD<br>2051 B Hamill Rd, Ste 205<br>N. Park Professional Bldg.<br>Hixson, TN  37343 | 156.01 |
| Janet Lea Childers | | | | |
| 1442154 | 08 | 06-12211 | Karin A. Kennedy, DPM<br>%Stewart, Habenicht & Woods<br>852 McCallie Avenue<br>Chattanooga, TN  37403-2500 | 28.64 |
| Donnie Ray Crowe | | | | |
| 1442154 | 11 | 06-12288 | Harlen D. Hobbs II, DDS<br>1109 S. Chancery Street<br>McMinnville, TN  37110 | 318.58 |

**Unclaimed Funds continued**

```
Charlene Jenette Barley
1442154     05          07-12751       Been There Done That
                                       8790 Dayton Pike
                                       Soddy Daisy, TN  37379-4301    190.99

Charlene Jenette Barley
1442154     06          07-12751       Been There Done That
                                       8790 Dayton Pike
                                       Soddy Daisy, TN  37379-4301    190.99

John Thomas Townsend, Sr.
1442154     22          08-14883       Signature Cash Advance
                                       3661 Brainerd Road, Ste 101
                                       Chattanooga, TN  37411          81.52
                                                                   _____

                                       Total                       $4,204.90
```

C. KENNETH STILL, TRUSTEE
**C. KENNETH STILL, TRUSTEE**

1 of 2